## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kyle Roseboro

                    Plaintiff,

v.                                                     Case No.: 1:23–cv–15983
                                                      Honorable Young B. Kim

Lightfoot Media, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 15, 2024:

      MINUTE entry before the Honorable Young B. Kim: Discovery hearing held. Parties are ordered to adhere to the following written discovery schedule: (1) exchange Rule 26(a)(1) disclosures by April 12, 2024; (2) serve written discovery requests by April 26, 2024 (requests to admit may be timely served before the end of fact discovery); (3) serve answers to written discovery requests by May 31, 2024; (4) confer about the adequacy of the discovery responses by June 14, 2024; and (5) file a joint status report identifying each side's written discovery issues, along with the relevant written discovery responses as exhibits, by June 21, 2024. The court will not consider general objections to written discovery requests if the court must address and rule on written discovery disputes. If the parties do not have any disputed written discovery issues, a status report is not required. Also, Defendants have until April 5, 2024, to file their answer to Plaintiff's amended complaint, to be filed today. Finally, pursuant to Rule of Evidence 502(d), this court orders that inadvertent disclosures of attorney–client privileged, and attorney work materials will not constitute a waiver of the associated privilege. The court further orders that upon written notification (including emails) from the opposing side that an inadvertent disclosure has occurred, the party shall return and/or destroy the materials at issue or file a motion for a determination on the claimed privilege within seven calendar days of the written notification. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.